# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>SHAWN MICHAEL VENCEL,<br>*Defendants* | )<br>)<br>)<br>)   Case No. 20-mj-00033-STV<br>)<br>) |

## CRIMINAL COMPLAINT

I, Justin Stern, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about April 8, 2019, within the State and District of Colorado and elsewhere, SHAWN MICHAEL VENCEL having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice, did cause to be delivered by means of commercial interstate carrier, namely United Parcel Service, according to the direction thereon, a matter and thing, namely a package containing loan documents.

All in violation of Title 18, United States Code, Section 1341.

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ Justin Stern*
*Complainant's signature*

Justin Stern, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: February 28, 2020

*Judge's signature*

City and state: Denver, CO

Hon. Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*