## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Stern, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for criminal complaints alleging that SHAWN MICHAEL VENCEL committed wire fraud in violation of 18 U.S.C. § 1341.

2.      I have been a Special Agent with the FBI since December of 2004.  I am the primary Case Agent for this investigation.  As the primary Case Agent, I am familiar with the facts of the case.  As a part of my training, I received seventeen weeks of investigative training at the FBI Academy in Quantico, Virginia.  Since completing training, I have participated in numerous criminal investigations.  These investigations have utilized physical and electronic surveillance, financial analysis, interviews, surreptitious recordings, undercover operations, search warrants, arrests, utilization of informants, seizure and analysis of computer information and various other techniques. I am currently assigned in Boulder, Colorado; a small satellite office of the FBI's Denver Division. In this capacity, I am responsible for investigating all federal criminal violations under the FBI's purview.  During my career with the FBI, I have investigated organized crime, drugs, gangs, violent crime, firearms, financial crime and money laundering for the majority of my career.

3.      The facts set forth in this affidavit are based on my personal knowledge as the investigation's Case Agent; knowledge obtained from other individuals including law enforcement personnel, my review of documents, reports and other evidence.  Except as explicitly set forth below, I have not distinguished in this affidavit between facts of which I have personal knowledge and facts of which I have hearsay knowledge.  The information contained within this affidavit does not represent every fact learned by law enforcement during the course of the investigation.  Rather, I have only included information sufficient to establish probable cause for the requested criminal complaint.  Witnesses and victims, whose true identities are known to me, are identified in this affidavit by reference to their respective titles and roles.

4.      On October 8, 2019, I initiated an investigation of SHAWN MICHAEL VENCEL based in part, by information, evidence and investigation conducted by local Colorado law enforcement agencies, including: Boulder County Drug Task Force; Boulder County Sheriff's Office; Boulder Police Department; Broomfield Police Department; and Arvada Police Department. My investigation concerns VENCEL's various alleged criminal activities such as: fraudulent acquisition of large quantities of prescription medication, specifically oxycodone; identity theft and defrauding of an individual known to me but identified in this Affidavit as IDENTITY THEFT VICTIM 1 and concurrent defrauding of financial institutions, other businesses and individuals; prohibited possession of firearms and ammunition; and other acts.  I note that IDENTITY THEFT VICTIM 1 is a physician.

**I.**     **There is probable cause to believe that SHAWN MICHAEL VENCEL has fraudulently adopted the identity of IDENTITY THEFT VICTIM 1 to commit mail fraud.**

    5.     I have reviewed information from Broomfield Police Department (hereinafter BPD) case number 2019-00022774.  The case describes the following incidents:

    a.     On or about April 19, 2019 an employee of VICTIM CAR DEALERSHIP 1 reported that an approved loan in the amount of $52,514.03 on April 1, 2019 was fraudulent.  The loan had been obtained by a man using the name of IDENTITY THEFT VICTIM 1 who presented a Texas driver's license in IDENTITY THEFT VICTIM 1's name as well as supporting documents bearing IDENTITY THEFT VICTIM 1's name; specifically, a supposed waste management service bill and automobile insurance.  The man used IDENTITY THEFT VICTIM 1's identity to purchase a grey 2019 Ford F150 pickup truck.  Later, on April 26, 2019, another employee of VICTIM CAR DEALERSHIP 1 was shown a photo array that included a photo of SHAWN MICHAEL VENCEL. The employee identified VENCEL as the person who had taken out the loan as IDENTITY THEFT VICTIM 1.

    b.     On April 25, 2019, a BPD Detective identified and interviewed IDENTITY THEFT VICTIM 1, who resides in Texas.  IDENTITY THEFT VICTIM 1 reported that he had filed a police report with the Houston Police Department.  IDENTITY THEFT VICTIM 1 said: he did not know SHAWN MICHAEL VENCEL; that VENCEL had attempted to purchase several automobiles; opened numerous credit cards: and attempted to lease rental property using IDENTITY THEFT VICTIM 1's identity.  IDENTITY THEFT VICTIM 1 later sent the Detective a list of inquiries and calls related to fraudulent activity on IDENTITY THEFT VICTIM 1's credit report, which included multiple inquiries regarding: credit cards; bank accounts; car loans; a rental property; and a Sallie Mae loan.

    c.     On April 26, 2019, a BPD Detective received a call from VICTIM REAL ESTATE AGENT 1.  VICTIM REAL ESTATE AGENT 1 explained that a man representing himself to be IDENTITY THEFT VICTIM 1 had tried to rent a residential property in Superior, Colorado.  VICTIM REAL ESTATE AGENT 1 became suspicious, in part, by some of the man's statements concerning his supposed medical training and experience as a physician.  VICTIM REAL ESTATE AGENT 1 then located and spoke to the real IDENTITY THEFT VICTIM 1, who said that IDENTITY THEFT VICTIM 1 was the victim of identity theft.

    d.     On April 30, 2019, BPD Officers interviewed SHAWN MICHAEL VENCEL when he arrived at VICTIM CAR DEALERSHIP 1 driving the Ford F150 pickup truck he obtained using a loan in IDENTITY THEFT VICTIM 1's name.  VENCEL identified himself using his real name and presented a Colorado identification card.  VENCEL told the Officers that the Ford F150 pickup truck belonged to his boss, IDENTITY THEFT VICTIM 1, and that he and IDENTITY THEFT VICTIM 1 worked at a company called Mile High Defenders.  VENCEL said that he had purchased the Ford F150 pickup truck for IDENTITY THEFT VICTIM 1.  Moreover, VENCEL stated that VENCEL and IDENTITY THEFT VICTIM 1 were "basically brothers."  VENCEL initially denied driving the Ford F150 pickup truck to the dealership, but eventually admitted it.  Upon concluding the interview, the Officers arrested VENCEL.

2

6.     BPD case number 2019-00022774 also contains information about an interview with VICTIM LANDLORD 3, whose identity is known to me.  VICITM LANDLORD 3 told detectives that on or about May 18, 2019 he met with an individual who purported to identify himself as IDENTITY THEFT VICTIM 1.  The individual was seeking information about leasing a property in Thornton, Colorado.  VICTIM LANDLORD 3 identified several problems with the application for a lease submitted by the individual and, through an internet search, was able to find and communicate with IDENTITY THEFT VICTIM 1, who told him that the individual seeking the lease was not him.

7.     I have reviewed information from Arvada Police Department (hereinafter APD) case number 2019-011125.  The information describes a May 24, 2019 complaint by VICTIM LANDLORD 2.

a.     VICTIM LANDLORD 2 told APD that he had received an application for a residential rental property in Arvada, Colorado.  The application was completed in IDENTITY THEFT VICTIM 1's name accompanied by a signature; listed IDENTITY THEFT VICTIM 1's Social Security number; login credentials for Credit Karma;[1] employment and personal references.  The man purporting to be IDENTITY THEFT VICTIM 1 sent VICTIM LANDLORD 2 a text message with a photo of a Texas driver's license in IDENTITY THEFT VICTIM 1's name.  The man posing as IDENTITY THEFT VICTIM 1 supplied VICTIM LANDLORD 2 with a copy of a paystub from a hospital.  VICTIM LANDLORD 2 also located a Facebook profile in IDENTITY THEFT VICTIM 1's[2] name.

b.     The man purporting to be IDENTITY THEFT VICTIM 1 and VICTIM LANDLORD 2 also had a short email exchange.  An APD Officer reviewed the emails, which revealed that the imposter stated, among other things: he was from Houston, Texas; claimed to be an ear, nose and throat physician; discussed his income and living arrangements; and discussed his credit scores as sufficient to make the rent.

c.     On May 21, 2019, the man purporting to be IDENTITY THEFT VICTIM 1 came to visit the rental property with a three-year old girl and a girlfriend.  The man signed a lease using IDENTITY THEFT VICTIM 1's name and provided a cashier's check for $3,000.  VICTIM LANDLORD 2 later asked VICTIM LANDLORD 2's mother, who worked at a bank, to authenticate the cashier's check and was informed that it was not legitimate.

---

[1] The website at www.creditkarma.com, which I accessed on October 14, 2019, describes the company as one offering free credit reports and free credit scores as well as other financial services.

[2] An FBI computer scientist has also located a publicly-available Facebook profile in the name of VICTIM DOCTOR.  The Facebook profile for VICTIM DOCTOR 1 falsely presents pictures of the man I know to be SHAWN MICHAEL VENCEL as VICTIM DOCTOR 1.  The Facebook profile also shows VENCEL with a minor female whose features would be consistent with a child approximately three years old.

d.      Thereafter, VICTIM LANDLORD 2 used the internet to locate a medical doctor with the name of IDENTITY THEFT VICTIM 1 living in Texas.  VICTIM LANDLORD 2 called IDENTITY THEFT VICTIM 1, who denied filling out a lease application or having a cashier's check issued in his name.  IDENTITY THEFT VICTIM 1 told VICTIM LANDLORD 2 that someone had been using his identity to buy things and that the case was being investigated by BPD (the same investigation previously described in this affidavit).

e.      VICTIM LANDLORD 2 was shown a photo array that included a photograph of SHAWN MICHAEL VENCEL.  VICTIM LANDLORD 2 identified VENCEL as the man who had presented himself as IDENTITY THEFT VICTIM 1.

8.      An APD Officer called the actual IDENTITY THEFT VICTIM 1 at his office in Texas.  IDENTITY THEFT VICTIM 1 stated that his identity had been compromised by individuals in numerous jurisdictions in the United States, including Colorado.  IDENTITY THEFT VICTIM 1 stated, among other things, that he did not apply for a rental in Arvada; communicate with VICTIM LANDLORD 2 concerning the rental; sign a lease agreement, or rental documents; or issue a $3,000 cashier's check.

9.      On May 30, 2019, SHAWN MICHAEL VENCEL was arrested by APD Officers when he arrived at VICTIM LANDLORD 2's rental property upon VENCEL's arrival in a Jeep Cherokee.

10.     Also on May 30, 2019, SHAWN MICHAEL VENCEL was interviewed at APD's headquarters after being advised of and waiving his *Miranda* rights.  My review of a written report of the interview reveals VENCEL stated the following, among other things:

a.      VENCEL purchased an identity packet for $1,000 from a man named "AUSTIN" who assured him that the identity did not belong to a real person.  As part of the packet, VENCEL received a Texas driver's license in the name of IDENTITY THEFT VICTIM 1 and a credit report with IDENTITY THEFT VICTIM 1's Social Security number.

b.      SHAWN MICHAEL VENCEL admitted he made a cashier's check and a pay stub by conducting online research and with AUSTIN's assistance.  VENCEL attempted to lease the property in IDENTITY THEFT VICTIM 1's name because VENCEL did not believe that he could secure the lease using his real identity, with his own credit history, because of medical bills related to a cancer diagnosis.  VENCEL admitting to representing himself as IDENTITY THEFT VICTIM 1 throughout the leasing process.

11.     On October 10, 2019, I interviewed SHAWN MICHAEL VENCEL at the Boulder County Jail.  Before commencing the interview, I advised VENCEL of his *Miranda* rights, confirmed that he understood those rights, and confirmed that he wished to speak with me voluntarily.  During the interview, some of the things VENCEL told me were the following:

a.      SHAWN MICHAEL VENCEL stated that he purchased the identity of IDENTITY THEFT VICTIM 1 on what he called the "dark web," specifically a website called "Dream Market."  According to VENCEL, he had learned how to access the dark web using what he

4

called "TOR."[3]  VENCEL said he had been told how to use TOR by a man named AUSTIN HERMSON (phonetic) with whom he had previously been incarcerated.  VENCEL stated that he paid for IDENTITY THEFT VICTIM 1's identity from Dream Market via Bitcoin.  VENCEL met HERMSON while the pair were previously incarcerated together in the Denver County Jail. VENCEL was unaware of Dream Market prior to being incarcerated.

       b.      SHAWN MICHAEL VENCEL maintained that he did not believe IDENTITY THEFT VICTIM 1 to be a real person.  He stated, instead, that he was under the impression the identity was a fake one that had been "grown" over time using small purchases to establish a credit history.  He called this type of identity a "farmed" identity.  He said that the Dream Market advertisement for the identity packet had described it as such.

       c.      SHAWN MICHAEL VENCEL said that the identity packet he purchased gave him a digital list with IDENTITY THEFT VICTIM 1's name, birth date and Social Security number.  He said that he then: took a photo of himself with his phone; emailed it to himself so he'd have it on his computer; and then uploaded the photograph.  About a week later, VENCEL received a Texas driver's license in the name of IDENTITY THEFT VICTIM 1.

       d.      SHAWN MICHAEL VENCEL stated he was the owner of Mile High Defenders, which he said was the business of modifying and selling Land Rover Defender sport utility vehicles.

    **II.**      **There is probable cause to believe that SHAWN MICHAEL VENCEL has committed mail fraud to purchase the Ford F150 pickup truck using IDENTITY THEFT VICTIM 1's identity.**

    11.    On December 11, 2019, I received records from VICTIM CAR DEALERSHIP 1 concerning SHAWN MICHAEL VENCEL's purchase of the Ford F150 pickup truck as IDENTITY THEFT VICTIM 1.  The records consist of VICTIM CAR DEALERSHIP 1's information concerning VENCEL's purchase of the Ford F150 pickup truck.  The records include a mailing log. IDENTITY THEFT VICTIM 1 and five other individuals' names appear handwritten on the log, which is dated April 8, 2019.  A United Parcel Service mailing label accompanies the log.  The label reflects that the item was being shipped by "next day air" from VICTIM CAR DEALERSHIP 1 in Broomfield, Colorado to VEHICLE FINANCING ENTITY in Memphis, Tennessee.  The tracking number was 1Z V20 813 019947 3644.

    12.    Also on December 11, 2019, I interviewed VICTIM CAR DEALERSHIP EMPLOYEE 1 (hereinafter VCDE-1).  VCDE-1 is specifically employed in accounts payable/receivable and has been since June 2017.  On April 8, 2019, VCDE-1 utilized the United Parcel Service to mail loan documents SHAWN MICHAEL VENCEL completed as IDENTITY THEFT VICTIM 1 from Broomfield, Colorado to Memphis, Tennessee.  VCDE-1 sent these entities to the VEHICLE FINANCING ENTITY who funded the loan for VENCEL's purchase of the Ford

---

[3] I know, from my training and experience, that this is an acronym for The Onion Router, which is a means used to surreptitiously access the internet.

F150 pickup truck as IDENTITY THEFT VICTIM 1.  During my interview, I showed the log to VCDE-1, who said that she completed the log.

## STATEMENT OF PROBABLE CAUSE

13.     For the reasons set forth above, I submit there is probable cause to believe SHAWN MICHAEL VENCEL, having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice, did cause to be delivered by means of commercial interstate carrier, namely United Parcel Service, according to the direction thereon, a matter and thing, namely a package containing loan documents in violation of 18 U.S.C. § 1341.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

s/ Justin Stern_____
Justin Stern
Special Agent
Federal Bureau of Investigation

Sworn to before me this 28th day of February 2020.

Hon. Scott T. Varholak
United States Magistrate Judge

**Reviewed and submitted by Bryan David Fields, Assistant United States Attorney.**