DEFENDANT:        SHAWN MICHAEL VENCEL

YOB:              1983

ADDRESS (CITY/STATE):  Boulder, CO

OFFENSE(S):       Mail Fraud (18 U.S.C. § 1341)

LOCATION OF OFFENSE (COUNTY/STATE): Boulder/Colorado and elsewhere

PENALTY:          NMT 20 years' imprisonment; NMT $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 3 years' supervised release; $100 special assessment.

AGENT:            FBI SA Justin Stern

AUTHORIZED BY:    Bryan David Fields
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less        _____  over five days        _____  other

THE GOVERNMENT

   X   will seek detention in this case        _____  will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:      _____  Yes      X      No