AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| SHAWN MICHAEL VENCEL, | ) | Case No.   20-mj-00033-STV |
| | ) | |
| *Defendant* | ) | |
| | ) | |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____SHAWN MICHAEL VENCEL_____ who is accused of offenses or violations based on the following document filed with the court:

☐Indictment    ☐Superseding Indictment    ☐Information    ☐Superseding Information    ☒Complaint
☐Probation Violation Petition    ☐Supervised Release Violation Petition    ☐Violation Notice    ☐Order of the Court

This offense is briefly described as follows:

On or about April 8, 2019, within the State and District of Colorado and elsewhere, SHAWN MICHAEL VENCEL having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice, did cause to be delivered by means of commercial interstate carrier, namely United Parcel Service, according to the direction thereon, a matter and thing, namely a package containing loan documents.

All in violation of Title 18, United States Code, Section 1341.

Date: __February 28, 2020__

_____
*Issuing officer's signature*

City and state:    __Denver, CO__

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____      _____ *Arresting officer's signature* |
| _____ *Printed name and title* |