IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-mj-00033-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SHAWN MICHAEL VENCEL,

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

    1.    The Defendant, Shawn Michael Vencel, YOB: 1983, is now confined in the Boulder County Jail located at 3200 Airport Road, Boulder, Colorado 80301, Inmate number P00154568.

    2.    A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

    WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law

enforcement officer, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States Magistrate Judge for the Defendant's initial appearance and to hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant to the institution where he is now confined.

    Respectfully submitted this 9th day of March, 2020.

                                  JASON R. DUNN  
                                  UNITED STATES ATTORNEY

                      By:    *s/Bryan David Fields*  
                              BRYAN DAVID FIELDS  
                              Assistant United States Attorney  
                              U.S. Attorney's Office  
                              1801 California Street, Suite 1600  
                              Denver, CO. 80202  
                              Telephone:  (303) 454-0100  
                              Fax:  (303) 454-0405  
                              e-mail:  Bryan.Fields@usdoj.gov  
                              Attorney for the Government

## CERTIFICATE OF SERVICE

       I certify that on this 9th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


       By: *s/Ilmira Allazova*
            Legal Assistant
            United States Attorney's Office