IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   20-mj-00033-STV

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    SHAWN MICHAEL VENCEL,

     Defendant.

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of Shawn Michael Vencel, YOB:  1983, now confined in the Boulder County Jail located at 3200 Airport Road, Boulder, Colorado 80301, Inmate number P00154568, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith to appear for proceedings in the above-referenced case and to hold the Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these

proceedings in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined.

DATED at Denver, Colorado, this _____ day of _____, 2020.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT