IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-mj-00033-STV

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    SHAWN MICHAEL VENCEL,

     Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

     Upon motion of the United States and for good cause shown, it is hereby

     ORDERED that the Clerk of the Court issue a writ requiring the United States

Marshal or any other federal law enforcement officer to produce Shawn Michael Vencel,

YOB:  1983, now confined in the Boulder County Jail located at 3200 Airport Road,

Boulder, Colorado 80301, Inmate number P00154568, before a United States

Magistrate Judge forthwith for proceedings in the above-referenced case, and to hold

him at all times in custody as an agent of the United States of America until final

disposition of the Defendant's case, and immediately thereafter to return the Defendant

to the institution where he was confined.

     SO ORDERED this _9th___ day of _ March ___, 2020.

                     BY THE COURT:

                     _s/Scott T. Varholak_____
                     UNITED STATES DISTRICT COURT
                     DISTRICT OF COLORADO