IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00033-STV

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAWN MICHAEL VENCEL

Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through United States Attorney Jason R. Dunn and the undersigned Assistant United States Attorney, respectfully moves to restrict conventionally filed exhibits 1(a), 1(b), (2) and (3) filed with the Government's Notice of Conventional Filing – Exhibits 1 to 4 to Government's Motion for Order of Detention Pursuant to 18 U.S.C. § 3142(f). The United States requests a "Level 2" Restriction which would make those exhibits "viewable by filing party, the defendant, & court," only until further Order by the Court.

Respectfully submitted this 16th day of July, 2020.

                JASON R. DUNN
                United States Attorney

By:   *s/ Bryan David Fields*
       BRYAN DAVID FIELDS
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       E-mail: Bryan.Fields3@usdoj.gov
       Attorney for Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2020, I electronically filed the foregoing GOVERNMENT'S MOTION TO RESTRICT DOCUMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                        *s/ Bryan David Fields*
                                        United States Attorney's Office