IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00033-STV

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAWN MICHAEL VENCEL

Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that the conventionally filed exhibits 1(a), 1(b), (2) and (3) filed with the Government's Notice of Conventional Filing – Exhibits 1 to 4 to Government's Motion for Order of Detention Pursuant to 18 U.S.C. § 3142(f) are hereby restricted at a "Level 2 Restriction" and will be "viewable by Filer, the Defendant & Court" only, until further ordered by the Court.

IT IS FURTHER ORDERED that the caption of this case on the docket shall not denote any of the information that is restricted pursuant to this order.

IT IS SO ORDERED on this ____ day of _____, 2020.

HON. NINA Y. WANG
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO