7/1/2020

SUBJECT: reference # 101654314
FROM: ███████████ <███████████@gmail.com>
TO: CIU_Customer_Identification_Unit@keybank.com
DATE: 04/04/2019 10:23

Here are the docs you have requested to finish my credit line request. The W2 still shows my old address when I lived in Texas as does my DL but the trash bill shows my current address in Boulder, CO.
If you have any additional information or questions please feel free to ask.

Thanks

Sent from my iPhone