# Avista Adventist Hospital
## Centura Health

# Earnings Statement

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | 229560 | 6503 | 03/13/2019 - 03/26/2019 | 03/29/2019 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Earnings | 77.87 | 100.00 | 7,786.77 | Federal Tax | 1,741.98 | 12,193.86 |
| | | | | Soc Sec / OASDI | 482.78 | 3,379.46 |
| | | | | Health Insurance Tax | 112.91 | 790.37 |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| 54,507.39 | 16,363.69 | $38,143.70 | 7,786.77 | 2,337.67 | $5,449.10 |