Texas
USA
TX
DRIVER LICENSE
4d DL 15326726
9 Class C
4a Iss 12/23/1999
4b Exp /2024
3 DOB
1
2
8
12 Restrictions NONE
9a End NONE
16 Hgt 6'-02"
15 Sex M
18 Eyes BRO
5 DD 36003088505635161574

