**From:** Shawn.vencel@outlook.com
**To:** MILAN NEIGHBOOR
**Subject:** ▉ df
**Date:** Friday, September 6, 2019 5:41:27 PM
**Attachments:** ▉pdf
Untitled attachment 00118.txt