EMBOSSER

