

 Went to **Tempe High School**

Lives in **Denver, Colorado**

From **Tempe, Arizona**

Married

Joined February 2019

