| | |
|---|---|
| **From:** | Shawn.vencel@outlook.com |
| **To:** | MILAN NEIGHBOOR |
| **Subject:** | THE ONLY ONE TO USE.pdf |
| **Date:** | Friday, August 16, 2019 12:05:53 PM |
| **Attachments:** | THE ONLY ONE TO USE.pdf |
| | Untitled attachment 00043.txt |