████████ Medical ████████████████████████ LLC

| PATIENT | PROVIDER |
|---|---|
| ████████ | ████████ |
| DOB: ████████ | NPI: ████████ |
| Phone: ████████ | State licensing #: ████████ |
| Address: ████████████████ | DEA: ████████ |



**Prescription Date:** 06/21/2019   **Earliest Fill Date:** 06/23/2019

## OxyCODONE HCL 30MG ORAL TABLET

**SIG:** Take 1-2 tabs PO Q4H PRN STAGE 4 MUSCLE-INVASIVE UROTHELIAL CARCINOMA.

MR ████ WILL UNDER GO SURGERY (RADICAL CYSTECTOMY) ON SATURDAY 06/22 DUE TO STAGE 4 TNM UROTHELIAL CARCINOMA. PLEASE FILL SUNDAY 06/23. THANKS

Refills: 0
Quantity: 360 (THREE HUNDRED SIXTY) Tablets
Days supply: 30
MAX 12 (TWELVE) TABS PER DAY.

_____     _____
Substitution permitted           Dispense as written