▮▮▮▮▮▮ Medical ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, LLC

**PATIENT**                                          **PROVIDER**

▮▮▮▮▮▮▮▮▮▮                                      ▮▮▮▮▮▮▮▮▮▮

**DOB:** ▮▮▮▮▮ (84yrs)                           **NPI:** ▮▮▮▮▮
**Phone:** 303-499-5515                          **State licensing #:** ▮▮▮▮▮
**Address:**                                     **DEA:** ▮▮▮▮
5515 S. Boulder Rd. Boulder, Co 80303

℞ **Prescription Date:** 08/16/2019   **Earliest Fill Date:** 08/16/2019

OxyCODONE HCL 15MG ORAL TABLET

**SIG:** Take 1 TAB PO QID PRN SEVERE LOWER BACK PAIN.

OK TO FILL IF EARLY FOR TRAVEL PURPOSE.

Refills: 0
Quantity: 120 (ONE HUNDRED TWENTY) Tablets
Days supply: 30
MAX 4 (FOUR) TABS PER DAY.

_____                    _____
Substitution permitted                   Dispense as written