Medica, LLC

**PATIENT**

Shawn Vencel

**DOB:** ▇▇▇▇ (35yrs)
**Phone:** 720-775-8207
**Address:** 5515 S. Boulder Rd. Boulder, Co 80303

**PROVIDER**

**NPI:** ▇▇▇▇
**State licensing #:** ▇▇▇▇
**DEA:** ▇▇▇▇

☒ **Prescription** Date: 09/26/2019  **Earliest Fill Date:** 09/26/2019

OxyCODONE HCL 30MG ORAL TABLET

**SIG: Take 1-2 TABS PO TID PRN CHRONIC PAIN ASSOCIATED WITH URETHRAL CARCINOMA (BLADDER CANCER).**

Early refill is permitted (09/26/19) because patient will be traveling abroad from 09/27 to 10/14.

Refills: 0
Quantity: 180 (ONE HUNDRED EIGHTY) Tablets
Day supply: 30
MAX 6 (SIX) TABS PER DAY

_____          _____
Substitution permitted                      As Written