**From:**      Shawn Vencel
**To:**        ▮▮▮▮▮▮▮@gmail.com
**Subject:**   stub
**Date:**      Wednesday, May 22, 2019 9:07:53 PM
**Attachments:**   stub 1 AVISTA.pdf

Sent from Mail for Windows 10