# AVISTA ADVANTIST HOSPITAL

100 HEALTH PARK DR..  
LOUISVILLE, CO 80026

May 17, 2019



Pay FIVE THOUSAND SEVEN HUNDRED FIFTY-EIGHT AND 31/100

$ 5,758.31  
This is not a check

Pay to the order of

5515 S Boulder Rd  
Boulder, CO 80303

AVISTA ADVANTIST HOSPITAL  
100 HEALTH PARK DR..  
LOUISVILLE, CO 80026  3037044556  
EIN: 47-4998631

## Earnings Statement

| Employee Information | Employee ID | Start Date | End Date | Check Date |
|---|---|---|---|---|
| 5515 S Boulder Rd<br>Boulder, CO 80303 | | 05/10/2019 | 05/16/2019 | 05/17/2019 |

| Earnings | Rate | Hours | Current | Year to date | Deductions | Current | Year to date |
|---|---|---|---|---|---|---|---|
| Regular Earnings | $114.69 | 80.00 | $9,175.77 | $91,757.70 | Federal Tax | 2,290.67 | 22,906.70 |
| | | | | | Colorado State Tax | 424.84 | 4,248.40 |
| | | | | | SDI | 25.33 | 481.27 |
| | | | | | Soc Sec / OASDI | 568.90 | 5,689.00 |
| | | | | | Health Insurance Tax | 40.81 | 775.39 |

| Gross Earnings | CURRENT GROSS $9175.77 | YTD GROSS $91,757.70 | Gross Deductions | CURRENT $3,417.46 | YTD DEDUCTIONS $34,174.60 |
|---|---|---|---|---|---|

| Check No. | # 8097 |
|---|---|
| Net Pay | $5,758.31 |
| YTD Net Pay | $57,583,10 |