SUBJECT: Re: ▓▓▓▓ is requesting information about ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FROM: ▓▓▓▓ <▓▓▓▓▓▓@gmail.com>
TO ▓▓▓▓ <3bu1wvz38ty6ji1a5jdgum80fc@convo.zillow.com>
DATE: 18/05/2019 21:06


Sent from my iPhone

> On May 17, 2019, at 11:49 AM, ▓▓▓▓ <3bu1wvz38ty6ji1a5jdgum80fc@convo.zillow.com> wrote:
>
> Perfect. 1:00 work? I'd like to get your app in before anyone else. The open house is from 2-5 on Sunday.
>
> Thanks
> ▓▓▓▓
>
> Sent from my iPhone
>
>> On May 17, 2019, at 11:28 AM, ▓▓▓▓ <3bu1wvz38ty6ji3fs9np5vunk5n@convo.zillow.com> wrote:
>>
>> I have paid for our current place thru the end of June but can move in June 1st, or whenever is convenient for you.
>>
>> Sent from my iPhone
>>
>>> On May 17, 2019, at 8:30 AM, ▓▓▓▓ <3bu1wvz38ty6ji1a5jdgum80fc@convo.zillow.com> wrote:
>>>
>>> He ▓▓▓▓,
>>> I forgot to ask when are you looking to move in?
>>>
>>> Thank you
>>> ▓▓▓▓
>>>
>>> Sent from my iPhone
>>>
>>>> On May 17, 2019, at 8:03 AM, ▓▓▓▓ <3bu1wvz38ty6ji3fs9np5vunk5n@convo.zillow.com> wrote:
>>>>
>>>> Good morning!
>>>>
>>>> Yes anytime Sunday would work great! Let me know a time and I will make sure we are prompt with our arrival! Thanks again and I am very much looking forward to meeting you!
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On May 16, 2019, at 9:29 PM, ▓▓▓▓ <3bu1wvz38ty6ji1a5jdgum80fc@convo.zillow.com> wrote:
>>>>>
>>>>> Hello ▓▓▓▓
>>>>>
>>>>> I would like you to take a look at the house, so far from everything you said you do seem well qualified and a good fit. I do have 50+ inquiries in less than 24 hours but I do like that it's you, your wife and your daughter as I am a family man myself. There is also a large rainbow play set in the backyard you daughter would love. And as far as the 18 months that's about perfect. I would be willing to do either a 12 month lease

then put you into a month to month or we could talk about an 18 month lease. We do have rentals but this particular home is my personal home so I'm looking for just the right fit with a qualified renter. Instead of having you apply through Zillow I can give you a paper application and only run your credit if your a for sure candidate, we can talk about other options as well. Currently we are in the process of painting the interior and putting carpet in the basement. The house could be ready as soon as the beginning of next month. And your animals are ok, the would be the $50 per pet per month and a $250 per pet deposit. Would you be available on Sunday to come by and take a look around?

\>\>\>\>\>

\>\>\>\>\> Sent from my iPhone

\>\>\>\>\>

\>\>\>\>\>\>\> On May 16, 2019, at 8:46 PM, ▆▆▆▆▆▆▆▆▆▆ <3bu1wvz38ty6ji3fs9np5vunk5n@convo.zillow.com> wrote:

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> Well a little of my history. I recently moved to Colorado from Houston, Texas with my wife ▆▆▆▆ and 3yo little girl ▆▆▆▆▆ I am a ENT PHYSICIAN at Avista hospital and my wife is a RN at ▆▆▆▆▆▆▆▆ in Aurora. I have credit scores of TransUnion I believe is 750, Experian is 800 and Equifax is between the two is not higher than the Experian. Also I would like to ad I currently still own our home in Houston and am currently renting it out to help cover the ridiculous mortgage. Combined our income is just north of $22,500/month and all of our bills are paid on time, some even months in advance.

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> We far as a lease goes we do not mind a year because we are in the market for a Colorado purchase of our own so 1 year to 15-18 months is right in our wheel house because we don't want to feel rushed in choosing our new home.

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> And Lastly we do have two dogs, one German shorthair pointer (TAG) and one silver Labrador retriever (DICK). They are both extremely well behaved and I don't know what you policy on cats is but I'm pretty sure Tag thinks he's a cat because he is one lazy shorthair.

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> Thanks you so much for taking the time to contact me and we are so excited to meet you and view your beautiful home!

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

\>\>\>\>\>\>\> 720-725-8189

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> Ps

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> I recently purchased a new truck and am wondering if you would allow me to give you my log in credentials to either Experian or Credit Karma? I just don't want to have my credit to take more and more hits when I can give you the access to view it for free. If not I totally understand I'm just trying to think of my financial future and how 15+ Inquiries will effect it.

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>

\>\>\>\>\>\>\> Sent from my iPhone

\>\>\>\>\>\>\>

\>\>\>\>\>\>\>\> On May 16, 2019, at 7:06 PM ▆▆▆▆▆▆▆▆ <3bu1wvz38ty6ji1a5jdgum80fc@convo.zillow.com> wrote:

\>\>\>\>\>\>\>\>

\>\>\>\>\>\>\>\> Yes, I will be doing showings on Sunday May 19th in the afternoon 2-5. Applications can be

submitted through the property address on Zillow . Let me know if I can answer any questions. We will select the most qualified applicants. "Good" credit would be 650+. Other items we will look at are: Monthly income 3x the rent. Clean eviction report. Good credit score. Positive reference checks from past landlords. Steady employment history.
>>>>>>>
>>>>>>>> On Thu, May 16, 2019 at 8:34 PM               wrote:
>>>>>>>>
>>>>>>>>
>>>>>
>>>
>