# Attachment 3

From: Petri Beard, Amy <abeard@da17.state.co.us>
Sent: Wednesday, July 15, 2020 8:54 AM
To: Sandler, Cathlin <Cathlin.Sandler@coloradodefenders.us>; lopez, theresa <theresa.lopez@judicial.state.co.us>
Subject:

Just as an update: he's now in federal custody.  I am working with the AUSA to get our case dismissed.

Amy Petri Beard
Senior Deputy District Attorney
17th Judicial District Attorney's Office
17 DesCombes Drive
Broomfield, CO 80020
p: 720.887.2193
abeard@da17.state.co.us