# Attachment 4

**From:** Joe Vencel <jvencel@rosendin.com>
**Sent:** Friday, July 17, 2020 10:09 AM
**To:** Joe Vencel <jvencel@rosendin.com>
**Subject:** shawn vencel

    Judge Wang

      I Would like to take a minute of your time and let you know as Shawn Vencel father that I am willing to assist Shawn with any and all
      Assistance needed to help him get back to normal life  assisting him with his sobriety , any transportation needs for him to make his court
      Dates call to remind him of court dates help him in finding permanent housing , employment  also to provide him with help in getting
      medical treatment for his eyes he needs cornea transplants he has a 4 year old daughter that he needs to help support any questions please call
      thanks for your time



**Joe Vencel**
**Field supervison**
**Renewable Energy Group**
**Mobil 408-640-0624**
**Email jvencel@rosendin.com**



CA License #142881

*This message and any attachments may contain confidential and/or privileged information for the sole use of the intended recipient(s).  Any review or distribution by anyone other than the person for whom it was originally intended is strictly prohibited. If you have received this message in error, please contact the sender and delete all copies.*