IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JUL 15 AM 9:22

JEFFREY P. COLWELL
    CLERK

BY_____DEP. CLK
```

Criminal Action No. 20-mj-00033-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   SHAWN MICHAEL VENCEL,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Shawn Michael Vencel, YOB: 1983, now confined in the Boulder County Jail located at 3200 Airport Road, Boulder, Colorado 80301, Inmate number P00154568, before a United States Magistrate Judge forthwith for proceedings in the above-referenced case, and to hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant to the institution where he was confined.

    SO ORDERED this <u>9th</u> day of <u>March</u>, 2020.

                                        BY THE COURT:

                                        <u>s/Scott T. Varholak</u>
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO

**PARTIAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM Boulder County Jail TO
USMS Denver
ON 7/14/2020

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

**PARTIAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _____ TO
_____
ON _____

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL